

**FILED**

**UNITED STATES DISTRICT COURT**

**for the**

**EASTERN DISTRICT OF CALIFORNIA**

**JUL 2 5 2007**

**CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
**BY** _____
**DEPUTY CLERK**

UNITED STATES OF AMERICA

vs.

CASE/CITATION NO. _E7A5142(GH_

_Andrew R. Neuner_

**ORDER TO PAY**

SOCIAL SECURITY #: ___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___
DATE OF BIRTH: ___4-21-82___
DRIVER'S LICENSE #: ___B9530502___
ADDRESS: ___4900 Potts Trail___
___Browns Valley___  ___(A___  ___95918___
CITY         STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: ___7-25-07___       _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ _300.00_ and a penalty assessment of $ _10.00_ for a TOTAL AMOUNT OF:$ _310.00_ within _60_ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

( ) Restitution: _____
( )    Community Service _____ with fees not to exceed $ _____
       completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to:  Clerk, USDC and mailed to (circle one):

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: ___7/25/07___       _____
                          U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM       EDCA – 3